**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| LAZARO DARIO RODRIGUEZ SANTOS, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | |
| CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, | ) ) ) ) | No. 2:26-cv-02832-SHL-atc |
| Respondent. | ) ) ) | |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner's Petition (ECF No. 1), filed July 9, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 7), filed July 15, 2026, the Petition is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 30, 2026
Date